1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

THE CITY OF HALF MOON BAY,

12

Plaintiff,

13

v.

14

GREAT AMERICAN INS. CO., GREAT
AMERICA INS. GROUP, AMERICAN

15

NATIONAL FIRE INS. CO., THE
HARTFORD FINANCIAL SERVICES

16

GROUP, INC., TWIN CITY FIRE INS. CO.,
and DOES 1-50

17

Defendants.

18
19

) CASE NO. 3:15-cv-04500- RS
)
)
)
)
) **STIPULATION AND** [PROPOSED]
) **ORDER RE CONTINUANCE OF**
) **DEFENDANTS' MOTION FOR**
) **JUDGMENT ON THE PLEADINGS**
) **SCHEDULED FOR OCTOBER 13, 2016.**
)
)
)
)
)
)

20

WHEREAS, Defendants The Hartford Financial Services Group, Inc., and Twin City Fire

21

Ins. Co. ("Defendants") have filed a motion for judgment on the pleadings pursuant to FRCP 12(c)

22

(Dkt. 36 *et seq.*) ("Motion") currently set to be heard on October 13, 2016;

23

WHEREAS Plaintiff's counsel will be out of the country on that date, returning by October

24

25, 2016;

25

THEREFORE, pursuant to N.D. Cal. L.R. 6, Plaintiff and the moving parties hereby

26

STIPULATE AND RESPECTFULLY REQUEST that the hearing on the Motion be continued from

27

October 13 to October 27, 2016, (or later per the Court's calendar) and that each side will receive an

28

1

1    additional one week for briefing, so that Plaintiff's opposition will be due September 20, 2016

2    (rather than September 13, 2016), and Defendants' reply will be due two weeks later, on October 4,

3    2016.

4           IT IS SO STIPULATED.

5

6    Dated:                                          HAYES SCOTT BONINO ELLINGSON &
                                                     McLAY, LLP

7

8                                              By: /s/ Joshua N. Kastan
                                                   STEPHEN M. HAYES, ESQ.
9                                                  JOSHUA N. KASTAN, ESQ.
                                                   Attorneys for Defendants
10                                                 THE HARTFORD FINANCIAL SERVICES
                                                   GROUP, INC. and TWIN CITY FIRE INS. CO.

11

12   Dated:      September 2, 2016                   GIBBONS & CONLEY

13

14                                             By: /s/ Peter Urhausen
                                                   PETER A. URHAUSEN, ESQ.
                                                   Attorney for Plaintiff  CITY OF HALF MOON
15                                                 BAY

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF                    CASE NO. 3:15-cv-04500-RS
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
SCHEDULED FOR OCTOBER 13, 2016.

**[~~PROPOSED~~] ORDER**

Having considered the above stipulation regarding the hearing date and briefing schedule for the motion for judgment on the pleadings filed by the Hartford Financial Services Group, Inc., and Twin City Fire Insurance Company (Dkt. 36 *et seq.*), the Court hereby adopts the terms of the stipulation as the order of this Court.

The Defendants' motion for judgment on the pleadings is continued to October 27, 2016, at 1:30 p.m. in Courtroom 3, 17th floor, San Francisco, before the Honorable Richard Seeborg. Plaintiff's opposition is now due by September 20, 2016, and Defendants' reply is due by October 4, 2016.

IT IS SO ORDERED.

Dated:  9/6/16                    By: _____
                                    THE HONORABLE RICHARD SEEBORG
                                    JUDGE OF THE U.S. DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF          CASE NO. 3:15-cv-04500-RS
DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
SCHEDULED FOR OCTOBER 13, 2016.