1  William J. Baron (SBN 111288)
Colleen A. Cassidy (SBN 148357)
2  Amanda Graham (SBN 330396)
**DUANE MORRIS LLP**
3  Spear Tower
One Market Plaza, Suite 2200
4  San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
5  Fax: +1 415 957 3001
E-mail:wjbaron@duanemorris.com
6          cacassidy@duanemorris.com
        agraham@duanemorris.com
7
Attorneys for Defendants and Counterclaimants
8  GREAT AMERICAN INSURANCE
COMPANY, GREAT AMERICAN INSURANCE
9  COMPANY OF NEW YORK, and Defendant GREAT
AMERICAN INSURANCE GROUP
10

11              **IN THE UNITED STATES DISTRICT COURT**

12          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14  THE CITY OF HALF MOON BAY,                    Case No.: 3:15-cv-04500-RS

15              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                            ORDER RE: DISMISSAL OF ALL
16      v.                                  CLAIMS AGAINST GREAT
                                            AMERICAN INSURANCE COMPANY,
17  GREAT AMERICAN INSURANCE                **GREAT AMERICAN INSURANCE
COMPANY, GREAT AMERICAN                      COMPANY OF NEW YORK AND
18  INSURANCE GROUP, AMERICAN               GREAT AMERICAN INSURANCE
NATIONAL FIRE INSURANCE COMPANY,            GROUP AND DISMISSAL OF
19  THE HARTFORD FINANCIAL SERVICES         ALL RELATED COUNTERCLAIMS**
GROUP, INC., TWIN CITY FIRE
20  INSURANCE COMPANY, and DOES 1-50.,
                                            Judge:      The Hon. Richard Seeborg
21              Defendant.                  Complaint Filed:   July 2, 2015

22
AND RELATED COUNTERCLAIM
23

24      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counter-

25  defendant City of Half Moon Bay (the "City") and Defendants and Counterclaimants Great

26  American Insurance Company and Great American Insurance Company of New York (formerly

27  known as American National Fire Insurance Company) (collectively, "Great American"), by and

28  through their attorneys of record, as follows:

1.      The City's complaint in this case (the "Complaint") names "Great American Insurance Group" as a defendant.  Great American contends that is a misnomer, as "Great American Insurance Group" is a fictitious name that is used to refer to certain affiliated insurance companies, and that "Great American Insurance Group" is not an entity and does not transact business.  The City does not stipulate to Great American's contentions set out in this Paragraph 1, but nevertheless agrees to dismiss all claims pled in its Complaint against "Great American Insurance Group" on the same terms set out in Paragraph 2 with respect to Great American Insurance Company and Great American Insurance Company of New York.

2.      The City agrees to **DISMISS WITHOUT PREJUDICE** all claims pled in its Complaint against Great American Insurance Company and Great American Insurance Company of New York (previously collectively defined as "Great American").  Accordingly, the City has no remaining claims against Great American in this action.

3.      With respect to the claims pled in Great American's counterclaim, Great American agrees to **DISMISS WITHOUT PREJUDICE** its counterclaims against the City.

4.      The City and Great American agree that each of them shall bear their own fees and costs of suit.

IT IS SO STIPULATED

Dated: _September 30, 2016                    **DUANE MORRIS LLP**

By:    */s/William J. Baron*
William J. Baron (SBN 111288)
Colleen A. Cassidy (SBN 148357)
Amanda Graham (SBN 303396)
Attorneys for Defendants and Counterclaimants
GREAT AMERICAN INSURANCE
COMPANY, GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK, and GREAT
AMERICAN INSURANCE GROUP

Dated: _ September 30, 2016                   **GIBBONS & CONLEY**

By:    */s/ Peter A. Urhausen*
A. Byrne Conley, Esq.
Peter A. Urhausen, Esq.
Attorneys for Plaintiff and Counterdefendant
CITY OF HALF MOON BAY

**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ALL CLAIMS
AGAINST GREAT AMERICAN AND RELATED COUNTERCLAIMS**

DM1\7214846.1

1    ATTESTATION: Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of

2    this document has been obtained from each of the other signatories thereto.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.: 3:15-CV-04500-RS
**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ALL CLAIMS
AGAINST GREAT AMERICAN AND RELATED COUNTERCLAIMS**

DM1\7214846.1

1

**[PROPOSED] ORDER**

2

Having considered the above Stipulation regarding the agreement between the parties and

3

finding good cause, the Court hereby adopts the terms of the Stipulation as the order of this Court.

4

All claims alleged in this action by the plaintiff City of Half Moon Bay against defendants Great

5

American Insurance Company, Great American Insurance Company of New York (formerly known

6

as American National Fire Insurance Company), and Great American Insurance Group, as well as all

7

related counterclaims, are dismissed according to the terms set out in the Stipulation.  Specifically:

8

All claims pled in the City's Complaint against Great American Insurance Company, Great

9

American Insurance Company of New York, and Great American Insurance Group are

10

**DISMISSED WITHOUT PREJUDICE**.  Accordingly, the City has no remaining claims against

11

Great American in this action.

12

The claims pled in the Counterclaim filed by Great American Insurance Company and Great

13

American Insurance Company of New York are **DISMISSED WITHOUT PREJUDICE**.

14

As between the City, Great American Insurance Company, Great American Insurance

15

Company of New York, and Great American Insurance Group, each party shall bear its own

16

attorneys' fees and costs of suit.

17

IT IS SO ORDERED.

18

19

Dated:  10/4/16

20

THE HONORABLE RICHARD SEEBORG
JUDGE OF THE U.S. DISTRICT COURT

21

22

23

24

25

26

27

28

4

CASE NO.: 3:15-CV-04500-RS

**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ALL CLAIMS
AGAINST GREAT AMERICAN AND RELATED COUNTERCLAIMS**

DM1\7214846.1