UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF HALF MOON BAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREAT AMERICAN INS. CO., GREAT AMERICA INS. GROUP, AMERICAN NATIONAL FIRE INS. CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TWIN CITY FIRE INS. CO., and DOES 1-50<br><br>　　　　Defendants. | ) CASE NO. 3:15-cv-04500- RS<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER RE CONTINUANCE OF**<br>) **DEADLINE TO FILE STIPULATION**<br>) **REGARDING DISCOVERY AND**<br>) **SCHEDULING PURSUANT TO COURT**<br>) **ORDER DATED DECEMBER 5, 2016.**<br>)<br>)<br>)<br>) |

　　WHEREAS, the Court has ordered Defendants The Hartford Financial Services Group, Inc., and Twin City Fire Ins. Co. ("Defendants") and Plaintiff The City of Half Moon Bay ("Plaintiff") to engage in further meet and confer negotiations with the goal of reaching an agreement regarding the scope of any further discovery and any appropriate modifications to the existing pre-trial schedule;

　　WHEREAS Plaintiff and Defendants' meet and confer negotiations are ongoing;

　　WHEREAS Plaintiff and Defendants believe additional time will assist the parties in attempting to narrow or eliminate any disagreement;

1

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF　　　　　　　　CASE NO. 3:15-cv-04500-RS
DEADLINE TO FILE STIPULATION REGARDING DISCOVERY AND
SCHEDULING PURSUANT TO COURT ORDER DATED DECEMBER 5,
2016.

THEREFORE, pursuant to N.D. Cal. L.R. 6, Plaintiff and Defendants hereby STIPULATE AND RESPECTFULLY REQUEST that the deadline to file either a stipulation reflecting their agreement on discovery and scheduling issues, or a joint statement setting out their respective points of disagreement, pursuant to the Court's order dated December 5, 2016, be extended from December 29, 2016 to January 6, 2017.

IT IS SO STIPULATED.

Dated:   December 27, 2016            HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By: */s/ Miranda H. Turner*
STEPHEN M. HAYES, ESQ.
JOSHUA N. KASTAN, ESQ.
Attorneys for Defendants
THE HARTFORD FINANCIAL SERVICES GROUP, INC. and TWIN CITY FIRE INS. CO.

Dated:   December 27, 2016            GIBBONS & CONLEY

By: */s/ Peter A. Urhausen*
PETER A. URHAUSEN, ESQ.
Attorney for Plaintiff  CITY OF HALF MOON BAY

2
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DEADLINE TO FILE STIPULATION REGARDING DISCOVERY AND SCHEDULING PURSUANT TO COURT ORDER DATED DECEMBER 5, 2016.

CASE NO. 3:15-cv-04500-RS

# [~~PROPOSED~~] ORDER

Having considered the above stipulation regarding the deadline to file either a stipulation reflecting their agreement on discovery and scheduling issues, or a joint statement setting out their respective points of disagreement, pursuant to the Court's order dated December 5, 2016, the Court hereby adopts the terms of the stipulation as the order of this Court.

The above deadline is hereby extended from December 29, 2016 to January 6, 2017.

IT IS SO ORDERED.

Dated: 12/28/16   By: _____
THE HONORABLE RICHARD SEEBORG
JUDGE OF THE U.S. DISTRICT COURT

3

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DEADLINE TO FILE STIPULATION REGARDING DISCOVERY AND SCHEDULING PURSUANT TO COURT ORDER DATED DECEMBER 5, 2016.   CASE NO. 3:15-cv-04500-RS